AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
August 22, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ AC
DEPUTY

| United States of America | ) |
|---|---|
| v. | ) |
| Roel Santos De Leon<br>XXX XXX 322 | ) Case No. SA:25-MJ-1181 |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of August 22, 2025 in the county of Bexar in the Western District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Reentry<br>Penalties: Maximum Penalties: 2 years confinement, $250,000 Fine or Both; 1 year supervised release, $100 mandatory special assessment. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet.

RONNIE R RAMIREZ
Digitally signed by RONNIE R RAMIREZ
Date: 2025.08.22 11:13:18 -05'00'

*Complainant's signature*

Ronnie Ramirez, Deportation Officer

*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: August 22, 2025

*Judge's signature*

City and state: San Antonio, Texas   Honorable Henry J. Bemporad, U.S. Magistrate Judge

*Printed name and title*

Being duly sworn, I declare that the following is true and correct to the best of my knowledge:

My name is Ronnie Ramirez, and I am a Deportation Officer with Immigration and Customs Enforcement ("ICE")/Enforcement Removal Operations ("ERO"), with whom I have been employed since September 12, 2021. I am authorized by the United States Department of Homeland Security to enforce the Immigration Laws and Regulations of the United States, or any other Laws or Regulations designated by the Attorney General or his successor, the Secretary of the Department of Homeland Security.

On August 22, 2025, at approximately 0715 hours, an ICE/ERO Officers responded to a request for assistance from a Texas Department of Public Safety Marked Unit near the 14400 block of Wurzbach Pkwy in San Antonio, Texas. DPS Trooper K. Harriman conducted a traffic stop on the vehicle due "NO/DEFECT LP LMAP (TR 547.322). The passenger in the vehicle provided his national ID card from the country of Mexico with the name Roel Santos De Leon, (hereafter SANTOS).

ICE/ERO Officer R. Ramirez and C. Harris responded to the call for assistance wearing their ICE issued body armor along with ICE markings and badges, Officer C. Harris identified himself as a Federal Officer and asked SANTOS for his name, and immigration status. SANTOS replied that his name is Roel SANTOS De Leon.

Officer R. Ramirez conducted immigration history and criminal history inquiries and confirmed the information provided in the encounter.

Officer Ramirez determined that SANTOS was an alien illegally present within the United States who had been previously removed from the United States, the location of the traffic stop was in San Antonio, Texas, which is located within the Western District of Texas.

Officer C. Harris arrested SANTOS and transported him to the ICE/ERO San Antonio Resident Office for processing.

At the ICE/ERO office, SANTOS's fingerprints were enrolled and submitted through immigration and FBI databases, which verified his identity.

Databases reveal that SANTOS is a citizen and national of Mexico with assigned Alien Registration Number A-XXX-XXX-322. A review of A-XXX-XXX-322 in the Enforce Alien Removal Module ("EARM"), a Department of Homeland Security database, revealed that SANTOS is an alien who was previously removed from the United States to Mexico most recently on or about December 28, 1998.

Immigration databases revealed that SANTOS has not been granted permission to reapply for admission from the Attorney General of the United States, or his successor, after his most recent removal.

Based on the foregoing facts, there is probable cause to believe that SANTOS, an alien, illegally re-entered and was found in the United States on or about August 22, 2025, after having been previously removed from the United States on or about December 28, 1998, and that SANTOS had not received permission to reapply for admission from the Attorney General of the United States or his successor after his removal, all in violation of Title 8 United States Code, Section 1326(a)

_____
Ronnie Ramirez
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn before me the 22nd day of August 2025

_____
HONORABLE HENRY J. BEMPORAD
UNITED STATES MAGISTRATE JUDGE